# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 04, 2025</u>

*The Court of Appeals hereby passes the following order:*

## A26A0657. MARCELLA CORETZ REID v. JAMIKA BRYANT

Marcella Cortez Reid ("Father") and Jamika Bryant ("Mother") are the biological parents of five minor children, and this appeal arises out of years-long litigation between the parties concerning the legitimation, custody, and support of those children. In January and October 2024, the trial court entered orders legitimating the couple's children, determining custody of the children, and awarding Mother child support. Father subsequently sought modification and/or recalculation of child support, and the parties filed cross-motions for contempt. On June 12, 2025, the trial court entered a final order recalculating the child support award, addressing the parties' pending contempt motions, and granting Mother's request for attorney fees. Father filed a notice of appeal from the June 12, 2025 order to the Georgia Supreme Court, which transferred the case to this Court. Mother has filed a motion to dismiss the appeal, arguing that this Court lacks jurisdiction. We agree.

As a general rule, appeals in domestic relations cases — including those involving an award or modification of child support or a finding of contempt— must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Booker v. Georgia Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012). "Compliance with the discretionary appeals procedure is jurisdictional," *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Consequently, "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (889 SE2d 343) (2023) (citation and punctuation

omitted). For this reason, Mother's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   12/04/2025               *

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*